John P. Stokes
12887 Raven Way
Bigfork, Montana 59911
(406) 837 2283
stokes@z600.com

Plaintiff

RECEIVED

MAY 14 2018

Clerk
District of Montana
Missoula Division

IN THE UNITED STATES COURT

DISTRICT OF MONTANA

JOHN PATRICK STOKES

    Plaintiff

    Vs

HSBC, MACKOFF KELLOGG Law Firm,
CALIBER HOME LOANS, LSF8
MASTER PARTICIPATION TRUST, US BANK N.A,
FIRST AMERICAN TITLE of MONTANA INC
HOUSEHOLD FINANCE CORPORATION II,
HOUSEHOLD FINANCE CORPORATION III,
ROBERT DRUMMOND,
JAMES MANLEY, DANIELLE COFFMAN,
MICHAEL LILLY, BENJAMIN HURSH,
JOHN and JANE DOES 1-10 (to be named)

Case No. CV 18-083-M-DLC-JCL

NOTICE OF CORRECTION

Plaintiff JOHN PATRICK STOKES, hereby sends and files a NOTICE OF CORRECTION.

A typing error occurred in the Caption and Defendant DANIELLE COFFMAN name was mistyped as Daniel Coffman. The correct name of the Defendant is DANIELLE COFFMAN.

Respectfully,
May 10, 2018

John Stokes

*/s/ John Stokes*